JUDGE RONALD B. LEIGHTON

FILED _____ LODGED
_____ RECEIVED

**DEC 2 3 2009**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR09-5771RBL |
| Plaintiff, | ) | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF STIPULATED MOTION TO CONTINUE TRIAL DATE |
| vs. | ) | |
| GERALD PATRICK WILSON, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Motion to Continue Trial Date,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendixes thereto be sealed.

DONE this _23rd_ day of December, 2009.

JUDGE RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ Colin Fieman
COLIN FIEMAN
Attorney for Defendant

**FEDERAL PUBLIC DEFENDER**
1331 Broadway , Suite 400
Tacoma, Washington 98402
(253) 593-6710

ORDER SEALING AFFIDAVIT OF COUNSEL – page 1